# EXHIBIT A

# United States Patent Office

922,481
Registered Oct. 19, 1971

## PRINCIPAL REGISTER
## Trademark

Ser. No. 374,478, filed Oct. 28, 1970

## BUDWEISER

Anheuser-Busch, Incorporated (Missouri corporation)
721 Pestalozzi St.
St. Louis, Mo. 63118

For: BEER, in CLASS 48 (INT. CL. 32).
First use January 1876; in commerce January 1876.
Owner of Reg. No. 13,064 and others.

JOHN C. DEMOS, Examiner

# United States Patent Office

952,277
Registered Jan. 30, 1973

## PRINCIPAL REGISTER
## Trademark

Ser. No. 406,443, filed Nov. 1, 1971

## BUDWEISER

Anheuser-Busch, Incorporated (Missouri corporation)
721 Pestalozzi St.
St. Louis, Mo. 63118

For: BEER AND MALT LIQUOR, in CLASS 48 (INT. CL. 32).
First use January 1876; in commerce January 1876,
Owner of Reg. Nos. 13,064, 895,176, and others.

J. C. DEMOS, Examiner

Int. Cl.: 9

Prior U.S. Cls.: 21 and 26

**United States Patent and Trademark Office**   Reg. No. 1,402,016
Registered July 22, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: RADIOS, TELEPHONE RECEIVERS, CAMERAS, AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21 AND 26).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.
OWNER OF U.S. REG. NOS. 13,064, 1,372,700 AND OTHERS.

SER. NO. 574,216, FILED 12-19-1985.

JODY HALLER DRAKE, EXAMINING ATTORNEY

Int. Cls.: 6, 16, 18, 20, 21, 24, 26 and 34

Prior U.S. Cls.: 2, 3, 8, 9, 13, 22, 23, 32, 37, 38, 40, 41, 42 and 50

Reg. No. 1,443,856

## United States Patent and Trademark Office
Registered June 23, 1987

## TRADEMARK
PRINCIPAL REGISTER

## BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: KEY CHAINS, ORNAMENTAL BADGES MADE PRIMARILY OF METAL, AND METAL CLIPS FOR CLOSING BAGS, IN CLASS 6 (U.S. CLS. 13 AND 50).
FIRST USE 0-0-1945; IN COMMERCE 0-0-1945.

FOR: PLAYING CARDS, PENS, PENCILS, WRITING BOARDS, PAPER NAPKINS, COASTERS, GREETING CARDS, NOTE PAPER, PAPER CLIPS, GIFT WRAPPING PAPER, AND PAPER PENNANTS, IN CLASS 16 (U.S. CLS. 22, 37, 38 AND 50).
FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

FOR: TOTE BAGS, BILLFOLDS AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 3 AND 41).
FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

FOR: MIRRORS, PLAQUES, NAME BADGES, PLASTIC CLIPS FOR CLOSING BAGS, CABINETS AND BAR STOOLS, IN CLASS 20 (U.S. CLS. 13, 32 AND 50).
FIRST USE 0-0-1904; IN COMMERCE 0-0-1904.

FOR: DRINKING VESSELS, BEER PAILS, TRAYS, BOTTLE OPENERS, FLOWER HOLDERS, HEAT INSULATED CONTAINERS FOR BEVERAGES, AND BEER CARRIERS AND COOLERS, IN CLASS 21 (U.S. CLS. 2, 13 AND 23).
FIRST USE 0-0-1876; IN COMMERCE 0-0-1876.

FOR: TOWELS, AND PENNANTS NOT OF PAPER, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 0-0-1904; IN COMMERCE 0-0-1904.

FOR: BELT BUCKLES, ORNAMENTAL PINS, BUTTONS FOR CLOTHING AND SHOE LACES, IN CLASS 26 (U.S. CL. 40).
FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

FOR: MATCHES, ASHTRAYS, AND LIGHTERS FOR SMOKERS, IN CLASS 34 (U.S. CLS. 8 AND 9).
FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

OWNER OF U.S. REG. NOS. 13,064, 1,402,016 AND OTHERS.

SER. NO. 631,414, FILED 11-20-1986.

ERNEST H. LAND, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cl.: **27**

**Reg. No. 1,568,251**

# United States Patent and Trademark Office   Registered Nov. 28, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NO. 1,506,060 AND OTHERS.

SER. NO. 791,937, FILED 4-7-1989.

JERI J. FICKES, EXAMINING ATTORNEY

Int. Cl.: **28**

Prior U.S. Cls.: **22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,506,291**
Registered **Nov. 13, 2001**

## TRADEMARK
### PRINCIPAL REGISTER

## BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
202-6
ST. LOUIS, MO 63118

FOR: BOWLING BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-0-2000; IN COMMERCE 6-0-2000.

SER. NO. 76-146,902, FILED 10-13-2000.

JASON ROTH, EXAMINING ATTORNEY

Int. Cl.: **28**

Prior U.S. Cls.: **22, 23, 38 and 50**

## United States Patent and Trademark Office

Reg. No. **2,627,994**
Registered **Oct. 1, 2002**

## TRADEMARK
### PRINCIPAL REGISTER

## BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: POOL TABLES, POOL CUES, DARTS, DART BOARDS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, GOLF TEES, GOLF BALLS, POOL CHALK CASES, GOLF BALL RETRIEVERS, POOL CUE RACKS, ADULT COLLECTIBLE DIE-CAST TRUCKS AND CARS, PLAYING CARDS, HOCKEY STICKS, HOCKEY PUCKS, TACKLE BOXES, GOLF GLOVES, FISHING TOOLS, BALL MARKERS, DIVOT SETS, VOLLEYBALL NETS, BICYCLES, SKI BISCUITS, BOWLING BALLS, BOWLING BAGS, AND FISHING POLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

OWNER OF U.S. REG. NOS. 64,125, 1,852,499 AND OTHERS.

SER. NO. 76-295,433, FILED 8-3-2001.

SCOTT OSLICK, EXAMINING ATTORNEY