# EXHIBIT B



**MISSOURI SECRETARY OF STATE**
**TRADEMARKS AND SERVICE MARKS:**
**APPLICATION OR RENEWAL**

COMMISSIONS DIVISION
PO BOX 784
JEFFERSON CITY, MISSOURI 65102
(573) 751-4756

1260

| | |
|---|---|
| APPLICANT'S NAME: | Anheuser-Busch, Incorporated |
| STREET ADDRESS: | One Busch Place |
| CITY: St. Louis | STATE: Missouri   ZIP: 63118 |
| IF APPLICANT IS A CORPORATION, GIVE STATE OF INCORPORATION: | Missouri |

Applicant is seeking to register:
[X] Trademark   [ ] Service mark
If renewal, give date of expiration __May 27, 2002__
What is the number and class of goods and services connected with mark: __32 - light beverages__

**RENEWED**
**MAY 28 2002**
COMMISSION DIVISION
SECRETARY OF STATE'S OFFICE
Do not write in this space

Briefly describe the goods and services used in connection with the mark: __Beer__

Briefly describe how the mark is used in connection with such goods and services: __On labels and packaging for the goods__

The mark has been used in business by the applicant (or predecessor) since __January 1876__ and used in the state of Missouri since __January 1876__
Give a written description of the mark __the word "BUDWEISER"__

The applicant is the owner of the trademark or service mark described in the application, and no other person has the right to use such mark in Missouri either in identical form or in such near resemblance as might be calculated to deceive or be mistaken for original mark.

I, __Laura H. Reeves__, being first duly sworn, state that I am the applicant, or a lawfully authorized representative of the applicant, that I have read the above application and know its contents and that the facts stated therein are true:

__Laura Reeves__ (Signature)   Title: __Assistant Secretary__
Laura H. Reeves

State of __Missouri__ )
City of __St. Louis__ ) ss.

Subscribed and sworn to before me this __2nd__ day of __May__, __2002__
__Wanda J. Martin__ (Notary Public)
Typed or printed name __Wanda J. Martin__
State of __Missouri__
Commissioned for __the City of St. Louis__
My commission expires __December 6, 2004__

(Seal)
WANDA J. MARTIN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI, ST. LOUIS CITY
MY COMMISSION EXPIRES 12/06/04

Comm 16A (08-00)

