# EXHIBIT C

 

### Executive Department

## OFFICE OF THE SECRETARY OF STATE

*The Secretary of State of the State of Maryland Hereby Certifies that the Trademark*

**BUDWEISER**

having first been used by registrant on January 20, 1876 and first used in Maryland on January 20, 1876 has this day been renewed by:

> Anheuser-Busch, Incorporated
> Missouri Corporation
> One Busch Place
> St. Louis, MO   63118

**to be used in connection with** the manufacture and/or sale of beer.

CLASSIFICATION: **48 - Malt beverages & liquors**

A facsimile of said trademark is hereto attached and has been duly recorded in this office in conformity with the statutes in such cases made and provided.

**Said trademark is registered for a period of ten years and will expire February 28, 2016.**



IN TESTIMONY WHEREOF, I have hereunto set my hand and have caused to be affixed the seal of my office, in Annapolis, Maryland.

_____
Secretary of State
January 19, 2006

**REGISTRATION NUMBER: 1996-07837**