# EXHIBIT D

# United States Patent Office

902,321
Registered Nov. 10, 1970

## PRINCIPAL REGISTER
## Trademark

Ser. No. 349,568, filed Jan. 26, 1970



Anheuser-Busch, Incorporated (Missouri corporation)
721 Pestalozzi St.
St. Louis, Mo. 63118

For: BEER, in CLASS 48 (INT. CL. 32).
First use January 1876; in commerce January 1876.
The drawing is lined for red, but the mark is not limited to the color shown.
Owner of Reg. No. 13,064.

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,372,700

# United States Patent and Trademark Office  Registered Nov. 26, 1985

## TRADEMARK
### PRINCIPAL REGISTER



ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: CLOTHING - NAMELY, T-SHIRTS, JACKETS, SWEATERS, HATS, AND SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 4-28-1967; IN COMMERCE 4-28-1967.

OWNER OF U.S. REG. NO. 902,321.

THE DRAWING IS LINED FOR THE COLOR RED, BUT NO CLAIM IS MADE AS TO COLOR.

SER. NO. 524,105, FILED 2-25-1985.

DEBORAH S. COHN, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cl.: 48

**United States Patent and Trademark Office**    Reg. No. 1,382,607
                                                 Registered Feb. 11, 1986
---

## TRADEMARK
### PRINCIPAL REGISTER



ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: BEER, IN CLASS 32 (U.S. CL. 48).
FIRST USE 1-0-1876; IN COMMERCE 1-0-1876.

OWNER OF U.S. REG. NOS. 13,064, 895,176, AND 902,321.
THE LINES IN THE DRAWING ARE NOT INTENDED TO INDICATE COLOR.

SER. NO. 546,737, FILED 7-8-1985.

ELLEN M. DEVINE, EXAMINING ATTORNEY

Int. Cls.: **6, 16, 18, 20, 21, 24, 26 and 34**

Prior U.S. Cls.: **2, 3, 8, 13, 22, 23, 32, 37, 38, 40, 41, 42 and 50**

Reg. No. 1,443,855

## United States Patent and Trademark Office

Registered June 23, 1987

## TRADEMARK
### PRINCIPAL REGISTER



ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: KEY CHAINS AND ORNAMENTAL BADGES MADE PRIMARILY OF METAL, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 0-0-1968; IN COMMERCE 0-0-1968.

FOR: PLAYING CARDS, PENS, PENCILS, WRITING BOARDS, PAPER NAPKINS, COASTERS, GREETING CARDS, NOTE PAPER, PAPER CLIPS, GIFT WRAPPING PAPER AND PAPER PENNANTS, IN CLASS 16 (U.S. CLS. 22, 37, 38 AND 50).

FIRST USE 0-0-1968; IN COMMERCE 0-0-1968.

FOR: TOTE BAGS, BILLFOLDS AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 0-0-1968; IN COMMERCE 0-0-1968.

FOR: MIRRORS, PLAQUES, CABINETS AND BAR STOOLS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

FOR: DRINKING VESSELS, TRAYS, BOTTLE OPENERS, HEAT INSULATED CONTAINERS FOR BEVERAGES, AND BEER CARRIERS AND COOLERS, IN CLASS 21 (U.S. CLS. 2, 13 AND 23).

FIRST USE 0-0-1937; IN COMMERCE 0-0-1937.

FOR: TOWELS, AND PENNANTS NOT OF PAPER, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

FOR: BELT BUCKLES, ORNAMENTAL PINS, TIE CLASPS, AND BUTTONS FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

2            **1,443,855**

FOR: ASHTRAYS, AND LIGHTERS FOR SMOKERS, IN CLASS 34 (U.S. CL. 8).

FIRST USE 0-0-1949; IN COMMERCE 0-0-1949.

OWNER OF U.S. REG. NOS. 13,064, 1,405,607 AND OTHERS.

THE DRAWING IS LINED FOR THE COLOR RED, BUT NO CLAIM IS MADE AS TO COLOR.

SER. NO. 631,413, FILED 11-20-1986.

ERNEST H. LAND, EXAMINING ATTORNEY

Int. Cl.: **32**

Prior U.S. Cls.: **45, 46 and 48**

**United States Patent and Trademark Office**   Reg. No. **2,484,620**
Registered Sep. 4, 2001

## TRADEMARK
### PRINCIPAL REGISTER



ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 10-11-1999; IN COMMERCE 10-11-1999.

OWNER OF U.S. REG. NOS. 895,175, 902,321 AND OTHERS.

THE LINING AND STIPPLING ARE FEATURES OF THE MARK AND DO NOT INDICATE COLOR.

SER. NO. 75-899,138, FILED 1-20-2000.

GI HYUN AN, EXAMINING ATTORNEY