# EXHIBIT E

# United States Patent Office

895,176
Registered July 21, 1970

## PRINCIPAL REGISTER
## Trademark

Ser. No. 330,875, filed June 25, 1969



Anheuser-Busch, Incorporated (Missouri corporation)
721 Pestalozzi St.
St. Louis, Mo.  63118

For: BEER, in CLASS 48 (INT. CL. 32).

First use 1950; in commerce 1950; January 1876, in a different form.

Applicant disclaims the words "Lager Beer," "Genuine," "The World Renowned," and "Brewed by our original process from the Choicest Hops, Rice and Best Barley Malt," "Brewed and Bottled by" and "Inc." apart from the mark as shown.

Owner of Reg. Nos. 13,064, 621,423, and others.

JOHN C. DEMOS, Examiner