# EXHIBIT G

BABY OF BEERS
BabyBeerBottles.com

BW
Bunwiper
BABY OF BEERS
BabyBeerBottles.com

BW
Bunwiper
BABY OF BEERS

THE WORLD'S ONLY
BW
BABY
Bunwiper
BABY OF BEERS
Brewed by our original all natural process using the
humor, good intentions and lots of loving
BabyBeerBottles.com

This is the famous Baby Beer Bottle.
so much fun to drink. Our exclusive
Daddies who can share in the fun of
THE WORLD'S ONLY
POTTY TRAINED
BABY OF
Brewed by our original
best humor, good

BUNWIPER
BABY BEER
POTTY TRAINED
process using the
lots of loving care